## McKINZIE v. STATE.
### No. 18108.

Court of Criminal Appeals of Texas.
March 25, 1936.

Bascom Perkins, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment assessed being one year in the penitentiary.

Since the conviction herein the law under which the prosecution proceeded has been repealed. Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.